**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6377**

---

COLUMBUS HOWARD SANDIFUR, JR.,

Plaintiff - Appellant,

versus

NORTHERN NECK REGIONAL JAIL; CAROL NEALE,
R.N.; S. JOHNS, Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-97-160-AM)

---

Submitted: June 19, 1997        Decided: June 30, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Columbus Howard Sandifur, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Sandifur v. Northern Neck Req'l Jail, No. CA-97-160-AM (E.D. Va. Feb. 18, 1997). We deny Appellant's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2